■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE YORK, Appellant. [987 NYS2d 242]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Brennan, J.), imposed January 28, 2013, upon his convictions of manslaughter in the first degree and criminal possession of a weapon in the third degree (two counts), upon a jury verdict,

the resentence being periods of postrelease supervision in addition to the determinate terms of imprisonment previously imposed by the same court (Knipel, J.) on June 30, 1999.

Ordered that the resentence is affirmed.

Since the defendant had not yet completed his originally imposed sentence of imprisonment when he was resentenced, his resentencing to include the statutorily required periods of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621 [2011]; *People v Harrison*, 112 AD3d 967 [2013]; *People v Hernandez*, 110 AD3d 918, 919 [2013]; *People v Rogers*, 105 AD3d 776 [2013]).

The periods of postrelease supervision imposed by the Supreme Court upon the defendant's resentence were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Dickerson, Chambers, Hinds-Radix and Maltese, JJ., concur.